[No. 31404-5-II. Division Two. January 19, 2005.]

JANE DOE, *Appellant*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-06879-4, Ronald E. Culpepper, J., entered February 9, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31462-2-II. Division Two. January 19, 2005.]

*In the Matter of the Marriage of* KAY F. NIEMI, *Respondent*, and CHARLES NIEMI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-3-00064-5, Barbara D. Johnson, J., entered February 25, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 22197-1-III. Division Three. January 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO VALENCIA GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00060-7, Carolyn A. Brown, J., entered April 18, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 22747-2-III. Division Three. January 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY JAY BALLES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03499-2, Tari S. Eitzen, J., entered February 2, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.